# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHESTER FRANKLIN, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:05CV1569-SNL |
| UNION ELECTRIC COMPANY d/b/a AmerenUE, | ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff's motion to alter or amend summary judgment is before the Court. Plaintiff's request is for the Court to state whether the dismissal was with or without prejudice.

**IT IS THEREFORE ORDERED** that the Court's initial order dismissing the case is **without** prejudice.

Dated this  21st  day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE